IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN THE MATTER OF REQUEST FOR ISSUANCE OF AN ARREST WARRANT FOR MATERIAL WITNESS | Case No. 3:14MJ122 |
|---|---|
| | **FILED UNDER SEAL** |

### ORDER UNSEALING

Upon motion of the United States and it appearing that the witness in this case has been arrested, it is hereby ORDERED that this matter be unsealed.

Signed: August 1, 2014

David C. Keesler
United States Magistrate Judge