IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re the Matter of | MISC. NO. 3:14MJ122-DSC |
| Material Witness<br>NANDA WILSON | ORDER |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order dismissing the above-captioned material witness matter,

**IT IS HEREBY ORDERED** that the matter be dismissed.

The Clerk is directed to certify copies of this Order to the United States Attorney and the the United States Marshal.

**SO ORDERED**.

Signed: August 19, 2014

David S. Cayer
United States Magistrate Judge